USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CB, et al.,

               Plaintiffs,

         - against -

ST. VINCENT'S SERVICES, INC., et al.,

              Defendants.
------------------------------------------------------------X

16-cv-2282 (RMB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Orders as reflected in the transcript for the conference held January 8, 2020. The deadline for fact discovery is further extended to February 29, 2020. No further extensions will be granted absent compelling circumstances.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2020
      New York, New York